IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILMA KPOHANU,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:11-cv-903
CRIM. NO. 2:05-cr-250
JUDGE FROST
MAGISTRATE JUDGE KEMP

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 23, 2012. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The motion to vacate under 28 U.S.C. §2255 (Doc. 152) is **DENIED** and petitioner's claims are **DISMISSED**.

    IT IS SO ORDERED.

    /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE